UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISTRICT COUNCIL OF NEW YORK
CITY, UNITED BROTHERHOOD OF
CARPENTERS AND JOINERS OF
AMERICA,

                Petitioner,

                -against-

INNISS CONSTRUCTION, INC.,

                Respondent.

**DEFAULT JUDGMENT**

19-cv-11133 (PGG)

      This action having been commenced on December 4, 2019 by the filing of the Summons and Petition, and a copy of the Summons and Petition having been served on the Respondent, Inniss Construction, Inc., on December 16, 2019, by personal service on the New York Secretary of State, and a proof of service having been filed on December 18, 2019 and the Respondent not having answered the petition, and the time for answering the Petition having expired, it is

      ORDERED, ADJUDGED AND DECREED that the Arbitration Award of J. J. Pierson dated November 15, 2019 be confirmed in its entirety, and that Petitioner, District Council of New York City, United Brotherhood of Carpenters and Joiners of America ("District Council"), have judgment against Respondent, Inniss Construction, Inc. ("Inniss"), in the amount of $109,840.78 pursuant to the Arbitration Award, prejudgment interest thereon at the New York State statutory rate of nine percent per annum accruing from December 3, 2019 in the amount  $5,335.55  ; $2,160 for attorneys' fees, and $535 for costs accrued by Petitioner to date in this action, for the total sum of $  112,535.78  in favor of Petitioner District Council and against

Respondent Inniss.

SO ORDERED:

Dated: __June 19__, 2020
       New York, New York

_____
United States District Judge
Paul G. Gardephe